1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11    KENNETH CLARK,                    ) Case No. ED CV 10-1081 DMG (JCG)
                                        )
12                 Petitioner,          )
                                        )
13          v.                          ) **JUDGMENT**
                                        )
14    TIMOTHY E. BUSBY, Warden,         )
                                        )
15                 Respondent.          )
                                        )
16    _____       )

17

18

19          IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

20    **PREJUDICE**.

21

22    DATED:  April 5, 2011

23                                      _____

24                                      DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28