JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CLARK, | Case No. ED CV 10-1081 DMG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's second Report and Recommendation.

DATED: April 5, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE